# In the United States Court of Federal Claims

No. 05-854C
Filed: October 25, 2005

BRETON BAY ASSOCIATES LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

SUSPENDING FURTHER PROCEEDINGS

---

Based upon a review of the parties' September 30, 2005, motion to stay further proceedings in this action pending the conclusion of the Alternative Dispute Resolution proceedings in related cases, it is hereby ORDERED:

1. The parties' motion is GRANTED.

2. On or before the date 14 days after the conclusion of the ADR proceedings in these cases, the parties shall file a joint status report advising the court as to their intentions with respect to further proceedings in this action.

s/John P. Wiese
John P. Wiese
Judge